UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

R.D. JONES, STOP EXPERTS, INC. AND
RRFB GLOBAL, INC.,

    Plaintiff,

v.                                              Case No: 8:16-cv-1686-T-35JSS

RTC MANUFACTURING, INC.,

    Defendant.
_____/

**ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
AND FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY**

THIS MATTER is before the Court on Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and For Leave to Take Jurisdictional Discovery ("Motion"). (Dkt. 18). Upon consideration, the Motion is granted. *See Eaton v. Dorchester Dev., Inc.*, 692 F.2d 727, 731 (11th Cir. 1982) (holding that a plaintiff "must be given an opportunity to develop facts sufficient to support a determination on the issue of jurisdiction").

Accordingly, it is **ORDERED**:

1.     The Motion (Dkt. 18) is **GRANTED**.

2.     Plaintiffs' supplemental response to Defendant's Motion to Dismiss is due within sixty (60) days of entry of this Order.

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:
Counsel of Record